No. 93–7177. JOHNS v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 92–1392. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES v. SCHOOLCRAFT ET AL.; and

No. 92–1395. ROERS, DIRECTOR OF MINNESOTA DISABILITY DETERMINATION SERVICES, ET AL. v. SCHOOLCRAFT ET AL. C. A. 8th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Motion of the parties to vacate and remand denied. Certiorari denied.

No. 93–423. KATSIS v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Certiorari denied.

No. 93–720. STEFFEN, COMMISSIONER, MINNESOTA DEPARTMENT OF HUMAN SERVICES v. MITCHELL ET AL. Sup. Ct. Minn. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–772. WILSON, GOVERNOR OF CALIFORNIA, ET AL. v. BIGGS ET AL. C. A. 9th Cir. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 93–779. HUNTER v. CARBONDALE AREA SCHOOL DISTRICT ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 93–888. JACKSON ET AL. v. MITCHELL ET AL. Sup. Jud. Ct. Me. Motion of respondents for award of damages denied. Certiorari denied.

No. 93–6788. STEWART v. BENTSEN, SECRETARY OF THE TREASURY. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.